# United States Court of Appeals for the Federal Circuit

**EVOLVED WIRELESS, LLC,**

*Plaintiff-Appellant*

v.

**HTC CORPORATION, HTC AMERICA, INC., MOTOROLA MOBILITY LLC, ZTE (USA) INC., MICROSOFT CORPORATION, MICROSOFT MOBILE OY, NOKIA INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**

*Defendants-Appellees*

2020-1335, 2020-1337, 2020-1339, 2020-1340, 2020-1363

Appeals from the United States District Court for the District of Delaware in Nos. 1:15-cv-00543-JFB-SRF, 1:15-cv-00544-JFB-SRF, 1:15-cv-00546-JFB-SRF, 1:15-cv-00547-JFB-SRF, 1:15-cv-00545-JFB-SRF, Senior Judge Joseph F. Bataillon.

## JUDGMENT

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, VACATED IN PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>January 26, 2021</u> | <u>/s/ Peter R. Marksteiner</u><br>Peter R. Marksteiner<br>Clerk of Court |