# United States Court of Appeals for the Federal Circuit

**EVOLVED WIRELESS, LLC,**
*Plaintiff-Appellant*

v.

**HTC CORPORATION, HTC AMERICA, INC., MOTOROLA MOBILITY LLC, ZTE (USA) INC., MICROSOFT CORPORATION, MICROSOFT MOBILE OY, NOKIA INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Defendants-Appellees*

2020-1335, 2020-1337, 2020-1339, 2020-1340, 2020-1363

Appeals from the United States District Court for the District of Delaware in Nos. 1:15-cv-00543-JFB-SRF, 1:15-cv-00544-JFB-SRF, 1:15-cv-00546-JFB-SRF, 1:15-cv-00547-JFB-SRF, 1:15-cv-00545-JFB-SRF, Senior Judge Joseph F. Bataillon.

## MANDATE

In accordance with the judgment of this Court, entered January 26, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 4, 2021   /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court